In the Matter of BEECHWOOD RESTORATIVE CARE CENTER et al., Appellants, v JOHN SIGNOR, as Records Access Appeals Officer of New York State Department of Health, et al., Respondents.

Submitted August 29, 2005; decided September 13, 2005

Motion by the New York Newspaper Publishers Association, Inc., et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

SYLVIA MENDEL et al., Plaintiffs, and BIRJEES BARAKAT et al., Appellants, v HENRY PHIPPS PLAZA WEST, INC., et al., Respondents, et al., Defendants.

Submitted August 29, 2005; decided September 13, 2005

Motion by the Council of the City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAJIB BOSIER, Appellant.

Submitted September 6, 2005; decided September 13, 2005

Motion for assignment of counsel granted and Richard L. Herzfeld, Esq., care of Bahn, Herzfeld & Multer, LLP, 555 Fifth Avenue, New York, NY 10017 assigned as counsel to the appellant on the appeal herein.